**FILED**
NOV 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: **'07 MJ 8899** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Karina COTA-Lobatos ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about November 2, 2007, within the Southern District of California, defendant Karina COTA-Lobatos did knowingly and intentionally import approximately 60.48 kilograms (133.05 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Jose Morquecho, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH DAY OF NOVEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Joe Morquecho, declare under penalty of perjury, the following is true and correct:

On November 02, 2007 at approximately 1113 hours, Karina COTA-Lobatos entered the United States at the Calexico, California, West Port of Entry. COTA was the driver of 1998 Dodge Dakota. COTA gave Primary Officer Mendibles, a negative oral customs declaration. Officer Mendibles noted that COTA appeared nervous while answering questions. Officer Mendibles tapped the vehicle's gas tank and noted that it sounded unusually solid. Officer Mendibles escorted COTA and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Morris requested that Canine Enforcement Officer (CEO) Navarro screen the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). CEO Navarro noted that his NDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed 53 packages in the gas tank of the vehicle. Officer Morris probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 53 packages had a combined net weight of approximately 60.48 kilograms (133.05 pounds).

COTA was placed under arrest and advised of her Constitutional Rights, which she acknowledged. COTA admitted that she was going to be paid $1000.00 to bring the vehicle into the United States and leave it parked at Wal-Mart with the keys in it. COTA said that the man who owned the vehicle is known to traffick in drugs.

COTA was booked into the Imperial County Jail pending her initial appearance before a U.S. Magistrate Judge.

Executed on November 02, 2007 (date) at __2040__ (hours)

_____
Joe Morquecho
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on __11-2-07__ in violation of Title 21, United States Code, Section(s) __952, 960__.

_____     __11-2-07 @ 8:49 pm__
United States Magistrate Judge               Date/Time