FILED

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of                          )
Substitution of Counsel,                  )
                                          )   **ORDER**
                                          )   **FOR SUBSTITUTION OF COUNSEL**
ZANDRA L. LOPEZ.                          )   **AND NOTICE OF APPEARANCE**
                                          )
_____        )

     **IT IS HEREBY ORDERED** that Zandra L. Lopez, California Bar No. 216567, upon her

departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 C Street, Suite

300, San Diego, California, 92101, phone 619/233-3169, fax 619/684-3522, email zll@zandralopezlaw.com,

be substituted as appointed counsel and that Federal Defenders be relieved in the cases as listed in the

attached, effective November 30, 2007.

     **SO ORDERED.**

DATE: December 4, 2007

HONORABLE IRMA E. GONZALEZ
Chief Judge, United States District Court
Southern District of California

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO ZANDRA L. LOPEZ, CALIFORNIA BAR NO. 216567 AS APPOINTED COUNSEL OF RECORD EFFECTIVE NOVEMBER 30, 2007**

| CASE NAME | NUMBER | COURT DATE | JUDGE |
|---|---|---|---|
| United States v. Erick Manjarrez-Cervantes (On Appeal) | 03cr1913-BEN | 12/03/07-Stat Conf | BEN |
| United States v. Fredis Mejia-Lemus ( On Appeal) | 06cr0511-MJL | Pending Appeal | MJL |
| United States v. Domingo Aguilar-Aguilar (Resentencing on Remand) | 04cr2955-GT | 12/03/07-Re-Sent Hrg. | GT |
| United States v. Robert Bradley Pastor | 09cr0987-NAJ | 2/11/08-Rev. Hrng. | NAJ |
| United States v. Engelberto Sanchez | 03cr1017-NAJ | 12/10/07-Rev. Hrng. | NAJ |
| United States v. Jose Antonio Carranza-Huesos | 07MJ2700 | 12/06/07-PE | JMA |
| United States v. Jose Iniguez-Delgado | 07MJ2753 | 12/11/07-PE | AJB |
| United States v. David Osvaldo Cruz-Zavala | 07MJ2762 | 12/11/07-PE | AJB |
| United States v. Jasmine Lau | 07MJ2750 | 12/6/07-PE | BLM |
| United States v. Ismael Antonia Zambrano-Reyes | 07MJ2721 | 12/11/07-PH | AJB |
| United States v. Maria Rico | 07MJ2731 | 12/6/07-PE | LSP |
| United States v. Victor Serrano | 07MJ2724 | 12/6/07-PE | JMA |
| United States v. Joel Lopez-Perez | 07MJ2713 | 12/6/07-PE | JMA |
| United States v. Pedro Resendiz-Avila | 07MJ2705 | 12/6/07-PE | JMA |
| United States v. Nicolas Cesareo | 07MJ2704 | 12/6/07-PE | JMA |
| United States v. Petronico Jimenez-Viera | 07MJ2596 | 12/4/07-PE | BLM |
| United States v. Ramon Pena-Martinez | 07CR3211-DMS | 12/4/07-PH | DMS |
| United States v. Garcia-Tun | 07MJ2664 | 12/13/07-PE | NLS |
| United States v. Valdovinos-Cardoza | 07MJ2702 | 12/6/07-PE | JMA |
| United States v. Chavez-Hernandez | 07MJ2678 | 12/4/07-PE | NLS |
| Untied States v. Jaime De La Cruz-Muro | 07MJ2676 | 12/4/07-PE | NLS |
| United States v. Karina Cota-Lobatos | 07MJ8899 | 12/4/07-PH | PCL |
| United States v. Noemi Vasquez | 07CR2672-TJW | 2/11/07-Sent. Hrng. | TJW |

1

| | | | | |
|---|---|---|---|---|
| 1 | *United States v. Joseph Paul Bushey* | *07MJ8904* | *11/28/07-PE* | *PCL* |
| 2 | *United States v. Juan Carlos Vasquez-Mendoza* | *07MJ8927* | *11/29/07-PE* | *PCL* |
| 3 | *United States v. Richardo Flores* | *07MJ2597* | *12/4/07-PE* | *BLM* |
| 4 | *United States v. Marcos Banderas-Rodriguez* | *07CR3111-JAH* | *12/6/07-Dispo.* | *DMS* |
| 5 | *United States v. Horacio B. Rosales-Zamora* | *07CR3113-DMS* | *12/6/07-Dispo.* | *DMS* |
| 6 | *United States v. Israel Amezquita-Luna* | *07CR3032-WQH* | *12/4/07-Dispo.* | *WQH* |
| 7 | *United States v. Joel Jimenez-Polanco* | *07MJ2663* | *12/13/07-PH* | *NLS* |
| 8 | *United States v. Francisco Esparza-Gutierrez* | *07MJ2660* | *12/13/07-PH* | *NLS* |
| 9 | *United States v. Jesus Garcia-Santiago* | *07MJ8927* | *12/6/07-PE* | *CAB* |

10
11

*U.S. DISTRICT COURT CASES ON APPEAL TO THE NINTH CIRCUIT*
*MOTIONS FOR SUBSTITUTION OF COUNSEL FILED FOR ZANDRA L. LOPEZ*
<u>*EFFECTIVE NOVEMBER 30, 2007*</u>

12   *RE-LIST*

| | | | |
|---|---|---|---|
| 13 14 | *United States v. Jason Wayne Cline* <br> *05cr0667-MLH* | *U.S.C.A. No. 05-50138* | *Petition for Rehearing filed* |
| 15 | *United States v. Donald Wayne Collins* <br> *03cv2406-MJW* | *U.S.C.A. No. 07-56432* | *Waiting on Govt.'s Response to Cert. Petition* |
| 16 17 | *United States v. Francisco Cano-Matus* <br> *06CR2002-BTM* | *U.S.C.A. No. 07-50218* | *Reply due 12/09/07* |
| 18 | *United States v. Francisco Cano-Matus* <br> *04CR1175-GT* | *U.S.C.A. No. 07-50255* | *Waiting on Oral Argument* |
| 19 20 | *United States v. Ana Castaneda-Vasquez* <br> *07cr1626-JAH* | *U.S.C.A. No. 07-50502* | *Waiting on briefing schedule* |
| 21 | *United States v. Raimundo Martinez-Orosco* <br> *03CR2601-JAH* | *pending* | *Notice of Appeal filed 10/17/07 with D.Ct.* |
| 22 23 | *United States v. Engelberto Santana* <br> *03CR1017-NAJ* | *U.S.C.A. No. 07-50190* | *Waiting on Oral Argument* |
| 24 | *United States v. Fredis Mejia-Lemus* <br> *06CR0811-MJL* | *U.S.C.A. No. 07-71408* | *Submitted* |
| 25 26 | *United States v. Ruben Meda-Rodriguez* <br> *04CR1993-LAB* | *U.S.C.A. No. 07-50141* | *Waiting on Oral Argument* |
| 27 | *United States v. Erick Manjarrez-Cervantes* | *U.S.C.A. No. 07-71177* | *Submitted* |
| 28 | *United States v. Hector Quinonez-Martinez* <br> *06CR1169-MJL* | *U.S.C.A. No. 07-50139* | *Waiting on Oral Argument* |

1

*United States v. Jose Angel Ramirez-Estrada    U.S.C.A. No. 06-50473    Waiting on Oral Argument*
*06cr0121-DMS*

2

*United States v. Maria Carmen Garcia    U.S.C.A. No. 06-50630    Opening Brief due 12/13/07*
*06CR716-JAH*

3

4

*United States v. Alfredo Martinez    U.S.C.A. No. 06-50307    Cert. Petition filed*
*05CR1602-LAB*

5

*United States v. Luis Diaz-Luevano    U.S.C.A. No. 05-50129    Cert. Petition due 12/28/07*
*04CR1371-LAB*

6

7

*United States v. Robert Bradley Pastor    U.S.C.A. No.s 06-50055/    Waiting on Oral Argument*
*93CR0987-NAJ                                    06-50230*

8

*United States v. Jose Angel Limon-Madero    U.S.C.A. No. 07-50354    Opening Brief due 12/07/07*
*07CR0981-JTM*

9

10

*United States v. Ismael Juan Ramirez-Guerrero U.S.C.A. No. 07-50410 Opening Brief due 12/20/07*
*07CR0524-JTM*

11

*End of District Court Cases on Appeal*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3